

# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

## Court of Appeals No. 12-15-00117-CV

## Trial Court No. 10-00927

**Southern Methodist University**

**Vs.**

**Rio Brazos Energy Co.**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $10.00 | Guittard & Hyden |
| Filing | $100.00 | Amber  Broughton |
| Indigent | $25.00 | Amber  Broughton |
| Supreme Court chapter 51 fee | $50.00 | Amber  Broughton |
| Required Texas.gov efiling fee | $20.00 | Amber  Broughton |
| TOTAL: | $205.00 | |

I, Pam Estes, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct.  GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 18th day of September 2015, A.D.

PAM ESTES, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk